IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JADE BENGE, a Minor, by HOLLY BENGE, Guardian, and HOLLY BENGE, Individually | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE | : : : | NO. 13-3388 |
| Defendant. | : | |

## ORDER

And NOW, this 19th day of September, 2013, for the reasons stated in the accompanying memorandum, it is ORDERED that Plaintiffs' Motion to Remand (ECF No. 19) is GRANTED, Plaintiffs' Motion to Voluntarily Dismiss (ECF. No. 7) is DENIED as moot, and Defendant's Motion to Transfer (ECF No. 6) is DENIED.

The Clerk shall close the case and transmit a certified copy of this order to state court.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 13\13-3388 benge v. smithkline\remand_order.docx